# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-129 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| BENJAMIN COTTMAN and MELVIN BROWN, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Cottman et al.*, case number 2:18-cr-00129-JCM-CWH-1.

Defendant Benjamin Cottman has filed a motion requesting a pre-plea agreement presentence investigation report in order to make "a truly knowing and intelligent decision about how to proceed with his case." (ECF No. 62). Defendant also represents in his motion that Assistant United States Attorney Allison Reese does not object to a pre-plea report. *Id*. The court will grant defendant's motion as it may expedite the adjudication of this action.

The parties have also filed a stipulation to continue the calendar call scheduled for December 12, 2018, at 1:30 p.m. and trial scheduled for December 17, 2018, at 9:00 a.m. The parties also stipulated to a thirty (30) day extension to file pre-trial motions. Good cause appearing, the court will grant the parties' stipulation.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion for a pre-plea presentence investigation report (ECF No. 62) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1       IT IS FURTHER ORDERED that the United States Department of Probation shall prepare a pre-plea agreement presentence investigation report.

      IT IS FURTHER ORDERED that the parties fourth stipulation to continue (ECF No. 61) be, and the same hereby is, GRANTED.

      IT IS FURTHER ORDERED that calendar call currently scheduled for December 12, 2018, at 1:30 p.m. be continued to March 20, 2019 at 1:30 p.m., and trial currently scheduled for December 17, 2018, at 9:00 a.m. be continued to March 25, 2018, at 9:00 a.m.

      IT IS FURTHER ORDERED that the parties will have thirty (30) additional days to file pre-trial motions.

      DATED December 10, 2018.

                                                    */s/ James C. Mahan*
                                        UNITED STATES DISTRICT JUDGE