LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd
Las Vegas, NV 89104
Tel. (702) 222-0007
Fax. (702) 222-0001
Email: Lisa@VeldLaw.com

Attorneys for Benjamin Cottman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellant,<br><br>*vs.*<br><br>BENJAMIN COTTMAN,<br><br>Appellee. | Case No. 2:18-CR-0129 JCM-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING DATE AND ORDER** |

COME NOW the parties, Benjamin Cottman, by and through his counsel, Lisa Rasmussen, and the United States, by and through its counsel, AUSA Allison Reese, and hereby stipulate that the sentencing hearing, presently scheduled for May 22, 2020 be continued to a date in early August 2020. The basis for this Stipulation is as follows:

1. Defense counsel is in the process of acquiring documents from the Bureau of Prisons in order to present certain mitigating evidence to this Court at the time of sentencing.

2. The defendant and his counsel prefer to have an in person sentencing hearing and are hopeful that this court can accomplish in person sentencing hearings

1

in the next couple of months.

3.   Mr. Cottman is in custody and agrees to this Stipulation.

4.   Mr. Cottman faces a substantial amount of time in custody and this extension of time to prepare for his sentencing hearing does not prejudice him whereas to deny this request would be prejudicial.

5.   The government is not opposed to this request.

6.   This is the first request to continue the sentencing hearing.

7.   This request is not made for the purpose of delay.

DATED:  May 6, 2020.            Respectfully submitted,

**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES,**

/s/ Lisa A. Rasmussen
Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
Attorneys for Benjamin Cottman


**NICHOLAS TRUTANICH**
**UNITED STATES ATTORNEY, DISTRICT OF NEVADA**

/s/ Allison Reese
By:   AUSA Allison Reese
Counsel for the United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellant,<br><br>*vs.*<br><br>BENJAMIN COTTMAN,<br><br>Appellee. | Case No. 2:18-CR-0129 JCM-DJA<br><br><br><br>ORDER |

Based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for May 22, 2020 shall be vacated and reset to the __6th__ day of __August__, 2020 at __10:30__ a.m.

Dated: May 6, 2020

_____
The Honorable James C. Mahan
United States District Judge

The Law Office of Kristina Wildeveld & Associates
550 E. Charleston Blvd.
Las Vegas, Nevada 89104
Ph: (702) 222-0007

3