LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd
Las Vegas, NV 89104
Tel. (702) 222-0007
Fax. (702) 222-0001
Email: Lisa@VeldLaw.com

Attorneys for Benjamin Cottman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellant,<br><br>*vs.*<br><br>BENJAMIN COTTMAN,<br><br>Appellee. | Case No. 2:18-CR-0129 JCM-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING DATE, TO SET A BRIEFING SCHEDULE FOR SENTENCING**<br>**AND ORDER** |

COME NOW the parties, Benjamin Cottman, by and through his counsel, Lisa Rasmussen, and the United States, by and through its counsel, AUSA Allison Reese, and hereby stipulate that the sentencing hearing, presently scheduled for October 2, 2020 be continued to any date after October 30, 2020. The basis for this Stipulation is as follows:

1. The issues to be briefed for Mr. Cottman's sentencing are substantial and relate to issues of law that are potentially the source of later appellate briefing depending on this court's determination of sentencing. Specifically, the court must determine whether certain offenses are crimes of violence which in turn impacts Mr. Cottman's criminal history score and advisory guideline range.

1

2. Ordinarily, defense counsel would file its Sentencing Memorandum one week prior to the sentencing, which would in turn leave the government only two days to respond.

3. The parties have agreed that due to the substantial briefing to be completed that it would be best if they have more time to submit the filings. In particular, the government needs more time after Mr. Cottman's filings and counsel for Ms. Cottman needs more time to complete her work.

4. Accordingly, Mr. Cottman proposes that he files his Sentencing Documents and legal memoranda on or before October 9, 2020 and that the government file its response on or before October 23, 2020.

5. Mr. Cottman is in custody and agrees to continuing his sentencing hearing.

6. This is the third request to continue the sentencing hearing.

7. This request is not made for the purpose of delay.

DATED: September 14, 2020.

Respectfully submitted,

**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES,**

/s/ Lisa A. Rasmussen
Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
Attorneys for Benjamin Cottman

**NICHOLAS TRUTANICH**
**UNITED STATES ATTORNEY, DISTRICT OF NEVADA**

/s/ Allison Reese
By:  AUSA Allison Reese
Counsel for the United States

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Appellant,<br><br>vs.<br><br>BENJAMIN COTTMAN,<br><br>　　　　　Appellee. | Case No. 2:18-CR-0129 JCM-DJA<br><br><br>ORDER |

Based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for October 2, 2020 shall be vacated and reset to the __20th__ day of __November__, 2020 at __10:30__ a.m.

IT IS FURTHER ORDERED that defense counsel shall file its Sentencing Memorandum and any legal Memoranda applicable thereto on or before October 9, 2020.

IT IS FURTHER ORDERED that the government shall file its Response and/or its Sentencing Memorandum on or before October 23, 2020.

Dated: September 18, 2020

_/s/ James C. Mahan_
The Honorable James C. Mahan
United States District Judge