```
1   NICHOLAS A. TRUTANICH
    United States Attorney
2   District of Nevada
    Nevada Bar Number 13644
3   ALLISON REESE
    Nevada Bar Number 13977
4   Assistant United States Attorney
    501 Las Vegas Blvd. South, Suite 1100
5   Las Vegas, Nevada 89101
    Phone: (702) 388-6336
6   Email: allison.reese@usdoj.gov
    Attorneys for the United States of America
7
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00129-JCM-DJA |
|---|---|
| Plaintiff, | |
| vs. | **Stipulation to Continue Briefing Deadlines Relating to Sentencing** |
| BENJAMIN COTTMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and LISA RASMUSSEN, counsel for Defendant BENJAMIN COTTMAN, that the deadline for the government to respond to Defendant's Sentencing Memorandum (ECF No. 144), Supplements to Sentencing Memorandum (ECF Nos. 148 and 148), Defendant's Objections to Pre-Sentence Report (ECF No. 143), and his Brief in Support of Denying Career Criminal Offender Enhancement (ECF No. 142) currently scheduled for October 23, 2020 be continued to November 4, 2020.

///

///

The basis for this stipulation is as follows:

1. The Defendant's sentencing hearing is currently scheduled for November 20, 2020 at 10:30am.

2. In preparation for that hearing, the Defendant has filed five briefs relating the significant issues that this case presents to the Court relating to the Defendant's criminal history and ultimate sentence. *See* ECF Nos. 142, 143, 144, 145, and 148.

3. The Government needs additional time to research and prepare its responses to those briefs.

4. The parties agree to the continuance.

5. This request is not made for purpose of delay but to allow the government to sufficient time to thoroughly respond to Defendant's briefs.

DATED:  October 23, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

 /s/  Allison Reese
_____
ALLISON REESE
Assistant United States Attorney


/s/ Lisa Rasmussen
_____
LISA RASMUSSEN
Counsel for Defendant BENJAMIN COTTMAN

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00129-JCM-DJA |
| Plaintiff, | |
| vs. | **Order to Continue Briefing Deadlines Relating to Sentencing** |
| BENJAMIN COTTMAN, | |
| Defendant. | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the government's response deadline shall be continued to November 4, 2020.

DATED October 23, 2020.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3