UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-129 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| BENJAMIN COTTMAN and MELVIN BROWN, | |
| Defendant(s). | |

Presently before the court is the government's motion for leave to file its unredacted response under seal. (ECF No. 153).

The government's redacted response to defendant Benjamin Cottman's sentencing memorandum "addresses sensitive and confidential information alleged by Cottman in his sealed supplement (ECF No. 145)." (ECF No. 153). The government "believes that portion of its response should be filed under seal and remain under seal" and now requests leave to file the fully unredacted response under seal. (*Id.*). This court finds good cause to grant the government's motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion (ECF No. 153) be, and the same hereby is, GRANTED.

DATED November 6, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**