CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00129-JCM-DJA |
| Plaintiff, | **Government's Motion for Leave to File Sealed Supplement** |
| v. | |
| BENJAMIN COTTMAN, | |
| Defendant. | |

Contemporaneous with this motion, the Government is filing its Supplemental Briefing Regarding Defendant Benjamin Cottman's Competency Evaluations (at ECF No. 192). That supplement refers to the Defendant's medical records and competency evaluations and also refers to Exhibit 1, which is the competency evaluation completed by the Bureau of Prisons Forensic Psychologist, Dr. Jaime Jauregui, Ph.D. Because the records contain the

///
///
///
///
///

Defendant's medical information, the Government requests permission to file them under the supplement and corresponding exhibit under seal. A copy of the sealed response was electronically served on defense counsel on August 23, 2021.

Respectfully submitted this 27th day of August, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Allison Reese*
ALLISON REESE
Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: August 27, 2021

_____
Daniel J. Albregts
United States Magistrate Judge