UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>BENJAMIN COTTMAN and<br>MELVIN BROWN,<br><br>Defendant(s). | Case No. 2:18-CR-129 JCM (DJA)<br><br>ORDER |

Presently before the court is Kevin R. Stolworthy's motion to withdraw as attorney for defendant Benjamin Cottman. (ECF No. 210).

On December 11, 2020, Stolworthy was appointed to represent Cottman. (ECF No. 161). Stolworthy is Cottman's fourth appointed attorney in this case. (*See* ECF Nos. 58, 123, 161).

Cottman recently appeared before the court on October 13, 2021, at a competency hearing where he was determined competent to proceed with sentencing. (ECF No. 206). The sentencing hearing is scheduled for December 17, 2021, at 10:00 a.m.

Since his appointment, Stolworthy filed a supplement to Cottman's sentencing memorandum briefing the court on recent changes in case law regarding the criminal enhancement issue. (ECF No. 210 at 2). The bulk of Cottman's sentencing briefing was completed by his antecedent attorney, Lisa Rasmussen. (ECF No. 161 at 1–2).

Stolworthy files this motion to withdraw due to a "break-down of the attorney-client relationship." (ECF No. 210 at 1). For instance, Cottman refused evaluation by a mental health provider because the doctor was referred by Stolworthy and Cottman did not want the

**James C. Mahan**
**U.S. District Judge**

results of the evaluation shared with Stolworthy.  (ECF No. 176 at 2).  Cottman also advised the court at his competency hearing that "he got information that [Stolworthy] wanted to hurt him."  (ECF No. 210 at 2).  Based on these statements and actions, Stolworthy does not believe he can adequately represent Cottman.  (*Id.* at 2).

Local Rule IA 11-6(e) provides that "[e]xcept for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case."  The sentencing hearing on December 17, 2021, will not be delayed by Stolworthy's withdrawal.  Cottman has already been deemed competent for sentencing.  Extensive briefing on the sentencing issues is on file with the court.  Two months remain before the sentencing hearing.  A prompt appointment of new CJA counsel will provide adequate time to prepare for sentencing.  *See* 18 U.S.C. §§ 3006A, et seq.  With good cause appearing, Stolworthy's motion to withdraw is granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Stolworthy's motion to withdraw (ECF No. 210) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the CJA Administrator shall arrange for the appointment of a CJA panel attorney to represent Cottman at sentencing.  Stolworthy will turn over his file/discovery to CJA counsel upon notification that counsel has been appointed.

DATED October 20, 2021.

_____
UNITED STATES DISTRICT JUDGE