CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email:  parmeni@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 826-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant, Benjamin Cottman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00129-JCM-DJA |
| Plaintiff, | |
| vs. | |
| BENJAMIN COTTMAN, | |
| Defendant. | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING (SEVENTH REQUEST)**

**IT IS HEREBY STIPULATED** by and between Defendant, Benjamin Cottman, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill PLLC and the Plaintiff, United States of America, by and through Allison Reese, Esq., Assistant United States Attorney, that the sentencing hearing currently scheduled for December 17, 2021, at 10:00 a.m. be vacated and continued for thirty days or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Paola M. Armeni was appointed by this Court as counsel for Mr. Cottman on October 22, 2021.

2. Ms. Armeni has been reviewing the file and has determined that she needs additional time to thoroughly prepare for sentencing on Mr. Cottman's behalf.

3. Mr. Cottman has appeared in this case, and is in custody and, along with the government, agrees to this short continuance.

4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

ClarkHill\K8443\434079\264761218.v1-11/29/21

1   5. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing
2   hearing for good cause. Good cause exists in this case.
3   6. For all the above-stated reasons, the ends of justice would be best served by a short
4   continuance of the sentencing hearing.
5   7. This is the seventh request for a continuance of the sentencing hearing.

| UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
|---|---|
| DATED this 29th day of November, 2021. | DATED this 29th day of November, 2021. |
| /s/ Allison Reese<br>Allison Reese, Esq.<br>Assistant United States Attorney<br>Attorney for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>Benjamin Cottman |

ClarkHill\K8443\434079\264761218.v1-11/29/21

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00129-JCM-DJA |
| Plaintiff, | |
| vs. | |
| BENJAMIN COTTMAN, | |
| Defendant. | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Paola M. Armeni was appointed by this Court as counsel for Mr. Cottman on October 22, 2021.

2. Ms. Armeni has been reviewing the file and has determined that she needs additional time to thoroughly prepare for sentencing on Mr. Cottman's behalf.

3. Mr. Cottman has appeared in this case, and is in custody and, along with the government, agrees to this short continuance.

4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

5. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

6. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

…

…

ClarkHill\K8443\434079\264761218.v1-11/29/21

7. This is the seventh request for a continuance of the sentencing hearing.

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for December 17, 2021, at the hour of 10:00 a.m. is hereby vacated and continued to the <u>18th</u> day of <u>February</u>, 2022, at the hour of <u>11:00 a.m</u>., in Courtroom 6A.

**DATED** December 1, 2021.

_____
**JAMES C. MAHAN**
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.:  2:18-cr-00129-JCM-DJA**

ClarkHill\K8443\434079\264761218.v1-11/29/21