1

CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357

2

Email: parmeni@clarkhill.com

3

3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

4

Telephone: (702) 826-8300
Facsimile: (702) 862-8400

5

*Attorney for Defendant, Benjamin Cottman*

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

UNITED STATES OF AMERICA,

CASE NO. 2:18-cr-00129-JCM-DJA-1

9

Plaintiff,

10

vs.

11

BENJAMIN COTTMAN,

12

Defendant.

13

14

**STIPULATION AND ORDER TO CONTINUE SENTENCING (NINTH REQUEST)**

15

**IT IS HEREBY STIPULATED** by and between Defendant, Benjamin Cottman, by and

16

through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill PLLC and the Plaintiff,

17

United States of America, by and through Allison Reese, Esq., Assistant United States Attorney,

18

that the sentencing hearing, which is currently scheduled for April 22, 2022, at 10:30 a.m., be

19

vacated and rescheduled to a day and time convenient to the Court but not earlier than sixty (60)

20

days.

21

This Stipulation is entered into for the following reasons:

22

1. Paola M. Armeni was appointed by this Court as counsel for Mr. Cottman on October 22,

23

2021.

24

2. Counsel for Mr. Cottman received over 1000 pages of documents in response to a request

25

for documents to the Federal Bureau of Prisons. Further, she received documents from the Nevada

26

Southern Nevada Detention Center. Counsel is still in the process of reviewing those documents.

27

28

3. Further, in preparation for sentencing, defense counsel has sought expert services which have been approved by the Court.  In speaking with the expert doctor, additional time is necessary to complete his services including writing a report, if necessary.

4. Mr. Cottman has appeared in this case, and is in custody and, along with the government, agrees to this short continuance.

5.  The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6.  Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause.  Good cause exists in this case.

7.  For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

8.  This is the Ninth request for a continuance of the sentencing hearing.

UNITED STATES ATTORNEY
DISTRICT OF NEVADA

CLARK HILL PLLC

DATED this 6th day of April, 2022.

DATED this 6th day of April, 2022.

/s/Allison Reese
Allison Reese, Esq.
Assistant United States Attorney
Attorney for Plaintiff,
UNITED STATES OF AMERICA

/s/ Paola M. Armeni
PAOLA M. ARMENI
Attorney for Defendant,
Benjamin Cottman

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00129-JCM-DJA-1 |
| Plaintiff, | |
| vs. | |
| BENJAMIN COTTMAN, | |
| Defendant. | |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1.  Paola M. Armeni was appointed by this Court as counsel for Mr. Cottman on October 22, 2021.

2.  Counsel for Mr. Cottman received over 1000 pages of documents in response to a request for documents to the Federal Bureau of Prisons.  Further, she received documents from the Nevada Southern Nevada Detention Center.  Counsel is still in the process of reviewing those documents.

3.  Further, in preparation for sentencing, defense counsel has sought expert services which have been approved by the Court.  In speaking with the expert doctor, additional time is necessary to complete his services including writing a report, if necessary.

4.  Mr. Cottman has appeared in this case, and is in custody and, along with the government, agrees to this short continuance.

5.  The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6.  Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause.  Good cause exists in this case.

7.  For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

8.  This is the Ninth request for a continuance of the sentencing hearing.

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for April 22, 2022, at the hour of 10:30 a.m. is hereby vacated and continued to **June 24, 2022**, at the hour of **10:00 a.m.,** in Courtroom 6A.

**DATED** April 8, 2022

_____

**JAMES C. MAHAN**
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.:  2:18-cr-00129-JCM-DJA-1**