1  CLARK HILL PLLC
   PAOLA M. ARMENI
2  Nevada Bar No. 8357
   Email: parmeni@clarkhill.com
3  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169
4  Telephone: (702) 826-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant, Benjamin Cottman*

6                  **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                CASE NO. 2:18-cr-00129-JCM-DJA-1

9                 Plaintiff,

10 vs.

11 BENJAMIN COTTMAN,

12                Defendant.

13

14       **STIPULATION AND ORDER TO CONTINUE SENTENCING (TENTH REQUEST)**

15       **IT IS HEREBY STIPULATED** by and between Defendant, Benjamin Cottman, by and through

16 his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill PLLC and the Plaintiff, United States of

17 America, by and through Allison Reese, Esq., Assistant United States Attorney, that the sentencing hearing,

18 which is currently scheduled for June 24, 2022, at 10:00 a.m., be continued to June 29, 2022, at 10:00 a.m.

19       This Stipulation is entered into for the following reasons:

20       1. Sentencing in this matter is currently scheduled for June 24, 2022, at 10:00 a.m.

21       2. On June 24, 2022, Ms. Armeni will be out of the jurisdiction.  She will be sworn in as President of

22 the State Bar of Nevada during the annual State Bar conference which is being held in California.

23       3. Ms. Armeni requests a brief continuance of the current sentencing hearing so that she can be present

24 on Mr. Cottman's behalf.

25       4. Mr. Cottman has appeared in this case, and is in custody and, along with the government, agrees to

26 this short continuance.

27

28

1    5.   The additional time requested herein is not sought for purposes of delay and the denial of this
2  request for a continuance could result in a miscarriage of justice.
3    6.   Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing
4  for good cause. Good cause exists in this case.
5    7.   For all the above-stated reasons, the ends of justice would be best served by a short continuance of
6  the sentencing hearing.
7    8.   This is the tenth request for a continuance of the sentencing hearing.

| UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
|---|---|
| DATED this 19th day of April, 2022. | DATED this 19th day of April, 2022. |
| /s/ Allison Reese<br>Allison Reese, Esq.<br>Assistant United States Attorney<br>Attorney for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>Benjamin Cottman |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN COTTMAN,<br><br>Defendant. | CASE NO. 2:18-cr-00129-JCM-DJA-1 |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Sentencing in this matter is currently scheduled for June 24, 2022, at 10:00 a.m.

2. On June 24, 2022, Ms. Armeni will be out of the jurisdiction.  She will be sworn in as President of the State Bar of Nevada during the annual State Bar conference which is being held in California.

3. Ms. Armeni requests a brief continuance of the current sentencing hearing so that she can be present on Mr. Cottman's behalf.

4. Mr. Cottman has appeared in this case, and is in custody and, along with the government, agrees to this short continuance.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause.  Good cause exists in this case.

…

…

…

7. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

8. This is the tenth request for a continuance of the sentencing hearing.

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for June 24, 2022, at the hour of 10:00 a.m. is hereby vacated and continued to the **29th day of June, 2022**, at the hour of **10:00 a.m.**, in Courtroom 6A.

**DATED** April 20, 2022.

_____
**JAMES C. MAHAN**
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.:  2:18-cr-00129-JCM-DJA-1**