RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Benjamin Cottman

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN COTTMAN,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00129-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Benjamin Cottman, that the Revocation Hearing currently scheduled on February 26, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than three (3) weeks.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　There is a Motion for District Judge's Review of Magistrate Judge's Detention Order currently pending. The government will need time to respond. Defense would like to see the resolution of that motion before proceeding to the revocation hearing.

2. Defense counsel and government counsel have not received disclosures for the revocation hearing. Defense counsel will need additional time to review the disclosures with Mr. Cottman.

3. The parties need additional time to potentially resolve the pending Petition and Addenda through negotiations.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 24th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By /s/ Aden Kahssai<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By /s/ Mina Chang<br>MINA CHANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJAMIN COTTMAN,<br><br>    Defendant. | Case No. 2:18-cr-00129-JCM-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 26, 2025 at 10:30 a.m., be vacated and continued to **March 26, 2025 at the hour of 10:00 a.m**.; or to a time and date convenient to the court.

   DATED February 25, 2025.

_____
UNITED STATES DISTRICT JUDGE

3