RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Benjamin Cottman

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>BENJAMIN COTTMAN,<br><br>      Defendant. | Case No. 2:18-cr-00129-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Benjamin Cottman, that the Revocation Hearing currently scheduled on March 26, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties continue to engage in negotiations and need additional time to reach a possible resolution. Mr. Cottman needs additional time to consider whether he wants to resolve the case or move forward with a contest hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 25th day of March, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By /s/ Aden Kahssai<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By /s/ Mina Chang<br>MINA CHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN COTTMAN,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00129-JCM-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 26, 2025 at 10:00 a.m., be vacated and continued to **April 25, 2025** at the hour of **10:00 a.m.**; or to a time and date convenient to the court.

　　DATED March 25, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE